FILED IN
1st COURT OF APPEALS
HOUSTON, TX
March 2, 2015
CHRISTOPHER A. PRINE,
CLERK

ACCEPTED
011400968CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/28/2015 12:01:38 AM
CHRISTOPHER PRINI
CLERK

## CASE NO. 01-14-00968-CV

| | | |
|---|---|---|
| **CECILIA CLINKSCALE,** | § | **IN THE FIRST DISTRICT** |
| **Appellant,** | § | |
| | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| **LEIROI MICKELE' DANIELS,** | § | |
| **Appellee.** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/28/2015 12:01:38 AM
CHRISTOPHER A. PRINE
Clerk

VOID K

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/28/2015 12:01:38 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE MOTION TO REHEAR APPELLANT'S NOTICE OF APPEAL ON THE DENIAL OF PAUPER'S OATH EN BANC

TO THE HONORABLE JUDGE OF THIS COURT:

Comes Now, Cecilia Clinkscale, Appellant, in the above styled action and files this *Motion For Extension Of Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* in compliance with Tex. R. App. P. 49.8, 41.1, 10.5, 10.5(b). In this respect, Appellant seeks to show this Court the following:

### I.

Friday, January 23, 2015, Appellant submitted her *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath. See* Exhibit 1.

### II.

Thursday, February 12, 2015, this Court issued an *Order* denying the said *Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath. See* Exhibit 2.

### III.

The respective *Order* indicates that a Panel of Justices considered Appellant's *Motion*, and thus, it is with this in mind that Appellant sets forth this *Motion To Extend Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc.* Tex. R. App. P. 41.1.

### IV.

A motion requesting either rehearing or reconsideration is due within fifteen days (15) days of this Court's *Order*; therefore, Appellant's *Motion* is due on or by Friday, February 27, 2015. Tex. R. App. P. 10.5(b)(A).

### V.

Appellant seeks additional time to thoroughly prepare her *Motion To Rehear Appellant's Notice Of*

*Appeal On The Denial Of Pauper's Oath En Banc.* This includes, but is not limited to time needed to reexamine the trial court and appellate court case file, to review legal research, and to consult with counsel on this matter. Appellant is working to finalize her *Designation of Record On Appeal* so that her Appellate Record is properly completed. Tex. App. P. 34. Appellant also requires an extension of time to tend to other pending matters. *See* Exhibit 3. Tex. R. App. P. 10.5(b)(A).

## VI.

Given the matters pending and to which Appellant must tend, Appellant requests an extension of time for twenty-one (21) days to Friday, March 20, 2015. Tex. R. App. P. 10.5(b)(B), 49.8.

## VII.

Appellant has not previously sought an extension of time to file her *Motion For Extension Of Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc.* Tex. R. App. P. 10.5(b)(D), 49.1, 49.8, 41.1. The extension of time requested is not prejudicial to Appellee/Defendant since he is not subject to any pending orders or time contraints.

## CONCLUSION AND PRAYER

Wherefore, Appellant, Cecilia Clinkscale, submits her *Motion For Extension Of Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* in the interest of justice, and she respectfully requests this Court to enter an *Order* granting her said *Motion*. Thereto, Appellant requests the said relief and any additional relief to which Appellant is justly entitled.

Respectfully submitted,

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: 2 / 27 / 2015

Post Office Box 42718,
Philadelphia, Pennsylvania 19101

Telephone:   (215) 828-4516
Facsimile:   (877) 669-1745
Email:   cclinkscale@gmail.com

2

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(a)-(e), I, Cecilia Clinkscale, Appellant, do hereby certify that on this 27th day of February 2015, a true and correct copy of the attached and foregoing *Motion For Extension Of Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc* was served upon the recipients listed below in the following manner(s):

Mr. Christopher A. Prine,
Esquire,
Clerk of the Court,
Court of Appeals,
First District of Texas,
301 Fannin Street,
Room 208,
Houston, Texas 77002-2066

Service: e-file.txcourts.gov and United States Postal Service, first-class mail.

Mr. Leiroi Mickele' Daniels,
Esquire,
L. Mickele' Daniels & Associates,
Arena Tower I,
Suite 580,
7322 Southwest Freeway,
Houston, Texas 77074

Service: e-file.txcourts.gov and United States Postal Service first-class mail.

CECILIA CLINKSCALE
Appellant,
In Propria Persona

Dated: 2/27/2015

3

| | | |
|---|---|---|
| CECILIA CLINKSCALE, Appellant, | § § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| LEIROI MICKELE' DANIELS, Appellee. | § § § | 113th JUDICIAL DISTRICT |

## ORDER

On this _____ day of _____ 2015, came on for consideration *Motion For Extension Of Time To File Motion To Rehear Appellant's Notice Of Appeal On The Denial Of Pauper's Oath En Banc*. The Court having reviewed said *Motion* finds that it should be, and hereby is, _____.

It is so **ORDERED**.

Signed this _____ day of _____, 20 ____.

_____
JUDGE